UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                       : Chapter 11
                                                             :
TRICO MARINE SERVICES, INC., et al.,                         : Case No. 04-17985 (SMB)
                                                             :
                               Reorganized Debtors.   : (Jointly Administered)
-----------------------------------------------------------------X
STEVEN SALSBERG, ESQ. and GLORIA                             :
SALSBERG,                                                    :
                                                             : Adversary Proceeding
                                Plaintiffs,          : No. 05-02313 (SMB)
                                                             :
    - against -                                             :
                                                             : AMENDED NOTICE OF
TRICO MARINE SERVICES, INC., TRICO                           : APPEAL
MARINE ASSETS, INC. and TRICO MARINE                         :
OPERATORS, INC., ,                                           :
                                                             :
                                Defendants.          :
-----------------------------------------------------------------X

        Notice is hereby given that Appellants Steven Salsberg, Esq. and Gloria Salsberg, Plaintiffs in the above-captioned adversary proceeding, hereby appeal under 28 U.S.C. § 158(a) to the United States District Court for the Southern District of New York from a Judgment entered on August 24, 2007 (Docket No. 95), from Post-Trial Findings of Fact and Conclusions of Law entered on August 23, 2007 (Docket No. 94), from an Opinion and Order granting motion to dismiss entered on January 6, 2006 (Docket No. 15), from an Opinion and Order granting reargument, adhering to the Court's original decision, and granting in party and denying in part Plaintiffs' motion to Supplement the Record entered on May 5, 2006 (Docket No. 32), from an Opinion and Order denying Plaintiffs' Motion for Leave to File a Second Amended Complaint entered on November 22, 2006 (Docket No. 59), and from an Opinion and Order denying

Plaintiffs' Motion for Reargument entered on January 16, 2007 (Docket No. 68), all of which have been entered by this Bankruptcy Court in the above-captioned proceeding.

The names of all of the parties to the judgment and orders and the name, address, and telephone number of their counsel are as follows:

Appellants:

Steven Salsberg, Esq., *pro se* (plaintiff/appellant)
205 W. 88th Street, #2-D
New York, NY 10024
(212) 362-1367
Plaintiff/Appellant

Gloria Salsberg  (plaintiff/appellant)
Law Office of Joseph P. Garland (counsel)
Joseph P. Garland (JG 0888)
275 Madison Avenue, Suite 420
New York, NY  10016
(212) 880-3718

Appellees:

Trico Marine Services, Inc. (debtor/appellee)
Trico Marine Assets, Inc. (debtor/appellee)
Trico Marine Operators, Inc. (debtor/appellee)
Kirkland & Ellis (counsel)
Matthew Solum  (MS 1616)
Peter Asplund (PA 0603)
153 East 53rd Street
New York, New York  10022-4675
(212) 446-4800

Dated: New York, New York
       September 4, 2007

STEVEN SALSBERG, ESQ., *pro se*

By: _____
       Steven Salsberg
205 W. 88th Street, #2-D
New York, NY 10024
(212) 362-1367

Plaintiff/Appellant

LAW OFFICE OF JOSEPH P. GARLAND

By: _____
       Joseph P. Garland — JG0888
275 Madison Avenue, Suite 420
New York, NY 10016
(212) 880-3718

Attorneys for Plaintiff/Appellant Gloria Salsberg

Notice of Appeal.wpd