UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:                                                          :   Chapter 11
                                                                :
TRICO MARINE SERVICES, INC., et al.,                            :   Case No. 04-17985 (SMB)
                                                                :
                    Reorganized Debtors.                       :   (Jointly Administered)
------------------------------------------------------------------X
STEVEN SALSBERG, ESQ. and GLORIA                                :
SALSBERG,                                                       :
                                                                :
                                                                :   Adversary Proceeding
                    Plaintiffs/Appellants,                     :   No. 05-02313 (SMB)
                                                                :
   - against -                                                 :
                                                                :   APPELLANTS'
TRICO MARINE SERVICES, INC., TRICO                              :   DESIGNATION OF ITEMS
MARINE ASSETS, INC. and TRICO MARINE                            :
OPERATORS, INC., ,                                              :
                                                                :
                                                                :
                    Defendants/Appellees.                      :
                                                                :
------------------------------------------------------------------X

      Plaintiff/Appellants Steven Salsberg, Esq. and Gloria Salsberg, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, hereby designate the items to be included in the record on appeal.

**DESIGNATIONS OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL**

      Plaintiffs/Appellants designate the following items in the Court's docket sheet to be included in the Record on Appeal:

| Filing Date | # | Docket Text |
|---|---|---|
| 07/19/2005 | 1 | Complaint against Trico Marine Services, Inc., Trico Marine Assets, Trico Marine Operators, Inc. Filed by Joseph P Garland, Joseph P. Garland, Trico Marine Services, Inc., Trico Marine Assets, Trico Marine Operators, Inc., Stuart M. Bernstein on behalf of Trico Marine Services, Inc.. (Garland, Joseph) (Entered: 07/19/2005) |
| 07/21/2005 | 2 | Summons with Notice of Pre-Trial Conference issued by Clerk's Office with Pre-Trial Conference set for 9/22/2005 at 10:00 AM at Courtroom 723(SMB), Answer due by 8/22/2005, (Leggett, Venice) (Entered: 07/21/2005) |

| Filing Date | # | Docket Text |
|---|---|---|
| 08/22/2005 | 4 | Answer to Complaint (Related Doc # 1) (related document(s)1) filed by Robert G. Burns on behalf of Trico Marine Services, Inc.. (Burns, Robert) (Entered: 08/22/2005) |
| 11/28/2005 | 7 | Motion to Dismiss Adversary Proceeding */Trico's Motion to Dismiss Plaintiffs' Adversary Complaint* (related document(s)1) filed by Robert G. Burns on behalf of Trico Marine Assets, Trico Marine Operators, Inc., Trico Marine Services, Inc.. with hearing to be held on 12/22/2005 at 10:00 AM at Courtroom 723(SMB) Responses due by 12/12/2005, (Attachments: # 1 Notice of Hearing) (Burns, Robert) (Entered: 11/28/2005) |
| 11/28/2005 | 8 | Memorandum of Law *in Support of Trico's Motion to Dismiss Plaintiffs' Adversary Complaint* (related document(s)7) filed by Robert G. Burns on behalf of Trico Marine Assets, Trico Marine Operators, Inc., Trico Marine Services, Inc.. (Attachments: # 1 Exhibit A: Proposed Order# 2 Exhibit B: Form of Affidavit# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K) (Burns, Robert) (Entered: 11/28/2005) |
| 11/30/2005 | 10 | Affidavit *of Trevor Turbidy in Support of Trico's Motion to Dismiss Plaintiffs' Complaint* (related document(s)7) filed by Robert G. Burns on behalf of Trico Marine Services, Inc.. (Burns, Robert) (Entered: 11/30/2005) |
| 12/12/2005 | 11 | Opposition Brief *to Motion to Dismiss* filed by Joseph P. Garland on behalf of Gloria Salsberg, Steven Salsberg. (Garland, Joseph) (Entered: 12/12/2005) |
| 12/12/2005 | 12 | Declaration *of Joseph P. Garland in Opposition to Motion to Dismiss* filed by Joseph P. Garland on behalf of Gloria Salsberg, Steven Salsberg. (Attachments: # 1 Exhibit 1Q05 Trico 10Q# 2 Exhibit 2: 2Q05 Trico 10Q# 3 Exhibit 3: 3Q05 Trico 10Q) (Garland, Joseph) (Entered: 12/12/2005) |
| 12/16/2005 | 13 | Reply to Motion */Reply Brief Supporting Trico's Motion to Dismiss Plaintiffs' Adversary Complaint* (related document(s)7) filed by Robert G. Burns on behalf of Trico Marine Services, Inc.. (Burns, Robert) (Entered: 12/16/2005) |
| 01/06/2006 | 15 | Opinion and Order Granting Motion to Dismiss Complaint signed on 1/6/2006. (Parks, Maria) (Entered: 01/06/2006) |
| 01/13/2006 | 16 | Transcript *, Court Hearing, Dec. 22, 2005,* filed by Joseph P. Garland on behalf of Gloria Salsberg, Steven Salsberg. (Garland, Joseph) (Entered: 01/13/2006) |

| Filing Date | # | Docket Text |
| --- | --- | --- |
| 01/18/2006 | 17 | MEMO ENDORSED RE: The Application is Denied. The Court's Clear Recollection is that the Plaintiffs, after being Offered the Chance to Supplement the Record and Taking a Recess to Consider it - Declined to do So. The Court Decided the Motion, and it was only after a Decision was Issued that the Court was Contacted Regarding a Proposed Extension. Counsel should order the Transcript and Point out any Error in the Court's Recollection. SO ORDERED: 1/6/2006. (Epps, Juanita) (Entered: 01/18/2006) |
| 01/20/2006 | 18 | Letter *regarding telephone conference of Jan. 19, 2006,* filed by Joseph P. Garland on behalf of Gloria Salsberg, Steven Salsberg. (Garland, Joseph) (Entered: 01/20/2006) |
| 01/23/2006 | 19 | Opposition Brief *to Motion for Summary Judgment* (related document(s)7) filed by Joseph P. Garland on behalf of Gloria Salsberg, Steven Salsberg. (Garland, Joseph) (Entered: 01/23/2006) |
| 01/23/2006 | 20 | Declaration *of Steven Salsberg in Opposition to Motion for Summary Judgment* (related document(s)7) filed by Joseph P. Garland on behalf of Gloria Salsberg, Steven Salsberg. (Attachments: # 1 Exhibit 4 to Salsberg Declaration# 2 Exhibit 5 to Salsberg Declaration# 3 Exhibit 6 to Salsberg Declaration# 4 Exhibit 7 to Salsberg Declaration# 5 Exhibit 8 to Salsberg Declaration) (Garland, Joseph) (Entered: 01/23/2006) |
| 02/03/2006 | 21 | Amended Declaration *of Steven Salsberg* (related document(s)7) filed by Joseph P. Garland on behalf of Gloria Salsberg, Steven Salsberg. (Attachments: # 1 Exhibit 4 to Amended Salsberg Declaration# 2 Exhibit 5 to Amended Salsberg Declaration# 3 Exhibit 6 to Amended Salsberg Declaration# 4 Exhibit 7 to Amended Salsberg Declaration# 5 Exhibit 8 to Amended Salsberg Declaration) (Garland, Joseph) (Entered: 02/03/2006) |
| 02/03/2006 | 22 | Amended Memorandum of Law *in Opposition to Motion for Summary Judgment* (related document(s)7) filed by Joseph P. Garland on behalf of Gloria Salsberg, Steven Salsberg. (Garland, Joseph) (Entered: 02/03/2006) |
| 02/06/2006 | 23 | Response */Reply Brief in Support of Motion for Summary Judgment* (related document(s)17, 13) filed by Robert G. Burns on behalf of Trico Marine Assets, Trico Marine Operators, Inc., Trico Marine Services, Inc.. (Burns, Robert) (Entered: 02/06/2006) |

| Filing Date | # | Docket Text |
|---|---|---|
| 02/07/2006 | 24 | Affidavit of Service *of Reply Brief in Support of Motion for Summary Judgment* (related document(s)23) filed by Robert G. Burns on behalf of Trico Marine Assets, Trico Marine Operators, Inc., Trico Marine Services, Inc.. (Burns, Robert) (Entered: 02/07/2006) |
| 02/08/2006 | 26 | Declaration *(executed) of Steven Salsberg in Opposition to Motion for Summary Judgment* (related document(s)7) filed by Joseph P. Garland on behalf of Gloria Salsberg, Steven Salsberg. (Attachments: # 1 Exhibit 4 to Amended Salsberg Declaration# 2 Exhibit 5 to Amended Salsberg Declaration# 3 Exhibit 6 to Amended Salsberg Declaration# 4 Exhibit 7 to Amended Salsberg Declaration# 5 Exhibit 8 to Amended Salsberg Declaration) (Garland, Joseph) (Entered: 02/08/2006) |
| 02/22/2006 | 27 | Response to Motion *for Summary Judgment/Letter to Court with Proposed Declaration of Steven Salsberg* (related document(s)7) filed by Joseph P. Garland on behalf of Gloria Salsberg, Steven Salsberg. (Attachments: # 1 Exhibit Proposed Surreply Declaration of Steven Salsberg) (Garland, Joseph) (Entered: 02/22/2006) |
| 03/03/2006 | 28 | Motion to Allow *Filing of Second Supplemental Declaration of Steven Salsberg* filed by Joseph P. Garland on behalf of Gloria Salsberg, Steven Salsberg. with hearing to be held on 3/14/2006 at 10:00 AM at Courtroom 723(SMB) (Attachments: # 1 Declaration of Steven Salsberg# 2 Exhibit 4[-update] to Salsberg Second Supplemental Decl.# 3 Exhibit 5[-update] to Salsberg Second Supplemental Decl.# 4 Exhibit 6[-update] to Salsberg Second Supplemental Decl.# 5 Exhibit 7[-update] to Salsberg Second Supplemental Decl.# 6 Exhibit 8[-update] to Salsberg Second Supplemental Decl.# 7 Errata 9 to Salsberg Second Supplemental Decl.# 8 Exhibit 10 to Salsberg Second Supplemental Decl.# 9 Exhibit 11 to Salsberg Second Supplemental Decl.# 10 Exhibit 12 to Salsberg Second Supplemental Decl.) (Garland, Joseph) (Entered: 03/03/2006) |
| 03/03/2006 | 29 | Memorandum of Law *in Support of Motion to File Second Supplemental Declaration* (related document(s)28) filed by Joseph P. Garland on behalf of Gloria Salsberg, Steven Salsberg. (Garland, Joseph) (Entered: 03/03/2006) |
| 03/13/2006 | 30 | Response to Motion *Trico's Response Opposing Plaintiff's Motion to Supplement Record* filed by Robert G. Burns on behalf of Trico Marine Services, Inc.. (Burns, Robert) (Entered: 03/13/2006) |

| Filing Date | # | Docket Text |
|---|---|---|
| 05/05/2006 | 32 | Written Opinion and Order signed on 5/5/2006 Granting Reargument, Adhering to the Court's Original Decision and Granting in Part and Denying in Part Plaintiffs' Motion to Supplement the Record. (Parks, Maria) (Entered: 05/05/2006) |
| 06/05/2006 | 33 | Amended Complaint against all defendants Filed by Joseph P. Garland on behalf of Gloria Salsberg, Steven Salsberg. (Garland, Joseph) (Entered: 06/05/2006) |
| 06/16/2006 | 35 | Motion to Join *Trevor Turbidy as Defendant* filed by Joseph P. Garland on behalf of Gloria Salsberg, Steven Salsberg. with hearing to be held on 6/29/2006 at 10:00 AM at Courtroom 723(SMB) (Garland, Joseph) (Entered: 06/16/2006) |
| 06/16/2006 | 36 | Motion to Amend *Amended Complaint* filed by Joseph P. Garland on behalf of Gloria Salsberg, Steven Salsberg. with hearing to be held on 6/29/2006 at 10:00 AM at Courtroom 723(SMB) (Garland, Joseph) (Entered: 06/16/2006) |
| 06/16/2006 | 37 | Affidavit *Declaration of Joseph P. Garland dated June 16, 2006* (related document(s)36) filed by Joseph P. Garland on behalf of Gloria Salsberg, Steven Salsberg. (Attachments: # 1 Exhibit 1 to Decl. of J.P. Garland# 2 Exhibit 2 to J.P. Garland Declaration# 3 Exhibit Exhibit 3 to J.P. Garland Declaration)(Garland, Joseph) (Entered: 06/16/2006) |
| 06/16/2006 | 38 | Memorandum of Law *in Support of Motion to Amend Amended Complaint* (related document(s)36) filed by Joseph P. Garland on behalf of Gloria Salsberg, Steven Salsberg. (Garland, Joseph) (Entered: 06/16/2006) |
| 06/28/2006 | 42 | So Ordered Stipulation and Agreed Order signed on 6/27/2006 Between Steven Salsberg and Gloria Salsberg (Plaintiffs) and Trico Marine Services, Inc., Trico Marine Assets, Inc. and Trico Marine Operators, Inc. Extending Time in Which to Object to Motion to Amend Complaint. (Parks, Maria) (Entered: 06/28/2006) |
| 07/10/2006 | 44 | Memorandum of Law */Defendants' Memorandum of Law in Opposition to Motion to Amend the Amended Complaint* (related document(s)36) filed by Lisa Laukitis on behalf of Trico Marine Services, Inc.. (Laukitis, Lisa) (Entered: 07/10/2006) |
| 07/10/2006 | 45 | Opposition */Defendants' Limited Opposition to Plaintiffs' Motion to Amend Transcript* (related document(s)36) filed by Lisa Laukitis on behalf of Trico Marine Services, Inc.. (Laukitis, Lisa) (Entered: 07/10/2006) |

| Filing Date | # | Docket Text |
|---|---|---|
| 07/12/2006 | 47 | Stipulation / Stipulation and Agreed Order Between Steven Salsberg and Gloria Salsberg (Plaintiffs) and Trico Marine Services, Inc., Trico Marine Assets, Inc. and Trico Marine Operators, Inc. with Respect to the Motion to Amend Complaint (related document(s)45, 41, 39, 33) filed by Lisa Laukitis on behalf of Trico Marine Services, Inc.. (Laukitis, Lisa) (Entered: 07/12/2006) |
| 07/19/2006 | 48 | So Ordered Stipulation and Agreed Order signed on 7/19/2006 Between Steven Salsberg and Gloria Salsberg (Plaintiffs) and Trico Marine Services, Inc., Trico Marine Assets, Inc. and Trico Marine Operators, Inc. with Respect to the Motion to Amend Complaint. (Parks, Maria) (Entered: 07/19/2006) |
| 07/26/2006 | 49 | Reply to Motion *to Amend* (related document(s)36) filed by Joseph P. Garland on behalf of Gloria Salsberg, Steven Salsberg. (Garland, Joseph) (Entered: 07/26/2006) |
| 08/07/2006 | 51 | Sur-Reply to Motion / *Defendants' Sur-Reply Memorandum Of Law In Further Opposition To Motion To Amend The Amended Complaint* (related document(s)36) filed by Matthew Solum on behalf of Trico Marine Assets, Trico Marine Operators, Inc., Trico Marine Services, Inc.. (Solum, Matthew) (Entered: 08/07/2006) |
| 08/22/2006 | 53 | Transcript *of Hearing Held on August 10, 2006 RE: Motion to Amend Complaint* (related document(s)36) filed by Regency Reporting, Inc.. (Richards, Beverly) (Entered: 08/24/2006) |
| 08/24/2006 | 54 | Response to Motion *, supplemental letter* (related document(s)36) filed by Joseph P. Garland on behalf of Gloria Salsberg, Steven Salsberg. (Garland, Joseph) (Entered: 08/24/2006) |
| 09/07/2006 | 55 | Response *of Defendants to Plaintiff's August 24, 2006 Letter* (related document(s)36, 54) filed by Matthew Solum on behalf of Trico Marine Services, Inc.. (Attachments: # 1 Exhibit 1 - Salsberg Letter of September 1, 2006) (Solum, Matthew) (Entered: 09/07/2006) |
| 09/14/2006 | 56 | Letter *Replying to Trico Letter of Sept 7* (related document(s)36) filed by Joseph P. Garland on behalf of Gloria Salsberg, Steven Salsberg. (Garland, Joseph) (Entered: 09/14/2006) |
| 11/22/2006 | 59 | Written Opinion and Order signed on 11/22/2006 Denying Plaintiffs' Motion for Leave to Amend the Complaint. (related document(s)36) (Parks, Maria) (Entered: 11/22/2006) |

| Filing Date | # | Docket Text |
|---|---|---|
| 12/04/2006 | 62 | Motion for Reargument FRCP 59 , *Opinion of Nov. 22, 2006* filed by Joseph P. Garland on behalf of Gloria Salsberg, Steven Salsberg. with hearing to be held on 12/19/2006 (check with court for location) (Garland, Joseph) (Entered: 12/04/2006) |
| 12/04/2006 | 63 | Motion for Reargument FRCP 59 , *Opinion of Nov. 22, 2006* filed by Joseph P. Garland on behalf of Gloria Salsberg, Steven Salsberg. with hearing to be held on 12/19/2006 (check with court for location) (Attachments: # 1 Brief in support of motion for reargument) (Garland, Joseph) (Entered: 12/04/2006) |
| 12/14/2006 | 65 | Memorandum of Law / *Trico's Memorandum of Law in Opposition to Plaintiffs' Motion for Reargument* (related document(s)63, 62) filed by Matthew Solum on behalf of Trico Marine Assets, Trico Marine Operators, Inc., Trico Marine Services, Inc.. (Solum, Matthew) (Entered: 12/14/2006) |
| 12/18/2006 | 66 | Motion for Reargument FRCP 59 *Proposed Reply Brief* (related document(s)63, 62) filed by Joseph P. Garland on behalf of Gloria Salsberg, Steven Salsberg. (Garland, Joseph) (Entered: 12/18/2006) |
| 12/26/2006 | 67 | Answer to Amended Complaint (Related Doc # 33) filed by Eric F. Leon on behalf of Trico Marine Services, Inc.. (Leon, Eric) (Entered: 12/26/2006) |
| 01/16/2007 | 68 | Opinion and Order signed on 1/16/2007 Denying Plaintiffs' Motion for Reargument. (related document(s)63, 62, 66) (Parks, Maria) (Entered: 01/16/2007) |
| 04/26/2007 | 70 | Stipulation *and Agreed Order Regarding Hearing* filed by Matthew Solum on behalf of Trico Marine Services, Inc.. (Solum, Matthew) (Entered: 04/26/2007) |
| 05/14/2007 | 72 | Transcript *Of Hearing Held On January 23, 2007 At 10:12 AM, Re: Status Conference* filed by Rand Transcript Services, Inc.. (Braithwaite, Kenishia) (Entered: 05/15/2007) |
| 05/30/2007 | 73 | Transcript *Of Hearing Held On **May 21, 2007** At 10:20 AM, Re: Trial* filed by Rand Transcript Services, Inc.. (Braithwaite, Kenishia) **Docket Text Modified on 6/11/2007 to correct date of hearing (Richards, Beverly).** (Entered: 06/11/2007) |
| 06/13/2007 | 74 | Statement *of Plaintiifs' Proposed Findings and Conclusions* filed by Joseph P. Garland on behalf of Gloria Salsberg, Steven Salsberg. (Garland, Joseph) (Entered: 06/13/2007) |
| 06/18/2007 | 75 | Letter *dated June 6, 2007 concerning opening the record* filed by Joseph P. Garland on behalf of Gloria Salsberg, Steven Salsberg. (Garland, Joseph) (Entered: 06/18/2007) |

| Filing Date | # | Docket Text |
|---|---|---|
| 06/18/2007 | 76 | Letter *dated June 8, 2007 concerning opening the record* filed by Joseph P. Garland on behalf of Gloria Salsberg, Steven Salsberg. (Garland, Joseph) (Entered: 06/18/2007) |
| 06/18/2007 | 77 | Letter *dated May 24, 2007 from Defendants to Judge Bernstein regarding the scheduling of post trial briefs* filed by Matthew Solum on behalf of Trico Marine Assets, Trico Marine Operators, Inc., Trico Marine Services, Inc.. (Solum, Matthew) (Entered: 06/18/2007) |
| 06/18/2007 | 78 | Letter *dated June 1, 2007 from Defendants to Judge Bernstein confirming briefing schedule* filed by Matthew Solum on behalf of Trico Marine Assets, Trico Marine Operators, Inc., Trico Marine Services, Inc.. (Solum, Matthew) (Entered: 06/18/2007) |
| 06/18/2007 | 79 | Letter *dated June 8, 2007 from Defendants to Judge Bernstein opposing Plaintiff's motion to re-open the record* filed by Matthew Solum on behalf of Trico Marine Assets, Trico Marine Operators, Inc., Trico Marine Services, Inc.. (Solum, Matthew) (Entered: 06/18/2007) |
| 06/18/2007 | 80 | Letter *dated June 11, 2007 from Defendants to Judge Bernstein in reply to Plaintiff's July 8, 2007 letter* filed by Matthew Solum on behalf of Trico Marine Assets, Trico Marine Operators, Inc., Trico Marine Services, Inc.. (Solum, Matthew) (Entered: 06/18/2007) |
| 06/29/2007 | 82 | Statement *proposed findings amended* filed by Joseph P. Garland on behalf of Gloria Salsberg, Steven Salsberg. (Garland, Joseph) (Entered: 06/29/2007) |
| 06/29/2007 | 83 | Memorandum of Law *Proposed Conclusions of Law and Exhibits* filed by Joseph P. Garland on behalf of Gloria Salsberg, Steven Salsberg. (Attachments: # 1 Exhibit to Amended Proposed Findings# 2 Exhibit to Proposed Findings# 3 Exhibit to Proposed Findings) (Garland, Joseph) (Entered: 06/29/2007) |
| 06/29/2007 | 84 | Statement *Amended Proposed Findings of Fact and Conclusions of Law* filed by Joseph P. Garland on behalf of Gloria Salsberg, Steven Salsberg. (Attachments: # 1 Proposed Conclusions# 2 Exhibit to Amended Proposed Findings# 3 Exhibit to Amended Proposed Findings# 4 Exhibit to Amended Proposed Findings) (Garland, Joseph) (Entered: 06/29/2007) |
| 07/09/2007 | 86 | Amended Notice of Settlement of an Order *Regarding Admission of Exhibits* filed by Joseph P. Garland on behalf of Gloria Salsberg, Steven Salsberg. (Garland, Joseph) (Entered: 07/09/2007) |

| Filing Date | # | Docket Text |
|---|---|---|
| 07/11/2007 | 87 | So Ordered Order Signed on 7/10/2007 Concerning Plaintiff's Motion to Reopen the Record Regarding Exhibits 13, 18, 48, 49 and 55 are Admitted into Evidence at the Trial. Plaintiffs' Application is otherwise Denied in all Respects (related document(s)86). (Epps, Juanita) (Entered: 07/11/2007) |
| 07/19/2007 | 89 | Statement /*Defendants' Post-Trial Proposed Findings of Fact* filed by Matthew Solum on behalf of Trico Marine Assets, Trico Marine Operators, Inc., Trico Marine Services, Inc.. (Solum, Matthew) (Entered: 07/19/2007) |
| 07/19/2007 | 90 | Memorandum of Law /*Defendants' Post-Trial Memorandum of Law* filed by Matthew Solum on behalf of Trico Marine Assets, Trico Marine Operators, Inc., Trico Marine Services, Inc.. (Solum, Matthew) (Entered: 07/19/2007) |
| 07/31/2007 | 92 | Reply to Motion *Reply Proposed Findings of Fact* filed by Joseph P. Garland on behalf of Gloria Salsberg, Steven Salsberg. (Attachments: # 1 Exhibit Revenue Growth Worksheet# 2 Exhibit Revenue Worksheet) (Garland, Joseph) (Entered: 07/31/2007) |
| 07/31/2007 | 93 | Reply to Motion *: Reply Proposed Conclusions of Law* filed by Joseph P. Garland on behalf of Gloria Salsberg, Steven Salsberg. (Garland, Joseph) (Entered: 07/31/2007) |
| 08/23/2007 | 94 | Post-Trial Findings of Fact and Conclusions of Law signed on 8/23/2007. (Philbert, Gemma) (Entered: 08/23/2007) |
| 08/24/2007 | 95 | Judgment signed on 8/24/2007. (related document(s)94) JUDGMENT INDEX NUMBER BC 07.0167 (Rouzeau, Anatin) (Entered: 08/24/2007) |

In addition to the foregoing, Plaintiffs/Appellants are filing herewith copies of the exhibits that were admitted into evidence at the trial in this Proceeding and designating them as part of the Record on this Appeal.

Dated: New York, New York
September 12, 2007

STEVEN SALSBERG, ESQ., *pro se*

By: _____/s/_____
Steven Salsberg
205 W. 88th Street, #2-D
New York, NY 10024
(212) 362-1367

Plaintiff/Appellant

LAW OFFICE OF JOSEPH P. GARLAND

By: _____/s/_____
Joseph P. Garland — JG0888
275 Madison Avenue, Suite 420
New York, NY 10016
(212) 880-3718

Attorneys for Plaintiff/Appellant Gloria Salsberg

To: KIRKLAND & ELLIS, LLP
Matthew Solum, Esq.
153 East 53rd Street
New York, New York 10022-4611