USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/07

The Law Office of

# Joseph P. Garland

275 Madison Avenue  
Suite 420  
New York, NY  10016


**MEMO ENDORSED**

Telephone: 212/213-1812  
Fax: 212/213-1816  
jpg65@columbia.edu

By Hand

October 18, 2007


RECEIVED OCT 19 2007 CHAMBERS OF DENISE COTE

The Hon. Denise L. Cote  
United States District Judge  
United States Courthouse  
500 Pearl St., Room 1040  
New York, NY 10007

    Re:    *In re Trico Marine Services; Salsberg v. Trico*; 07 Civ. 8422 (DLC)

Dear Judge Cote:

    I represent Gloria Salsberg in the above-referenced appeal taken from the United States Bankruptcy Court for the Southern District of New York. Appellant Steven Salsberg, who is appearing *pro* se, joins in the instant application. I write to request an extension on the time that Appellants' Brief and the Appendix are to be filed until November 7, 2007. *Appellees have consented to this extension.* The parties have also agreed that Appellees' Brief will be filed on November 30, 2007 and that Appellants' Reply will be served so that it is in hand at Appellees' counsel by noon on December 14, 2007.

[Handwritten endorsement: *Granted. Denise Cote October 19, 2007*]

    Because this is an appeal of the Bankruptcy Court's findings of fact and conclusions of law after a trial, Appellants would have requested additional time, but, as noted below, I had been awaiting a scheduling order before making that request. As a result of my error, I believed that the Court would issue such a scheduling order reflecting the filing of the various appellate papers. I received via my Pacer account notification that papers had been filed with this Court on the Appeal. Those Pacer entries, however, did not reflect any schedule. During a conversation yesterday with Appellees' counsel, I reviewed the docket sheet itself on the Court's Pacer page, and saw that there were two entries reflecting inconsistent dates for the filing of Appellants' Brief and the Appendix. The first entry said those papers were due on October 18, 2007. The other said it was October 15, 2007. I immediately reviewed the Bankruptcy Rules and determined that the date for filing was set by rule 8009 and that unless altered by a court rule or court order, it was within 15 days after entry of the appeal on the docket, i.e., October 15. I

The Law Office of J.P. Garland

The Hon. Denise L. Cote
October 18, 2007
Page 2

did not receive any notification directly from the Court, except insofar as it was contained in the ECF entries I note.

My understanding as to the issuance of a scheduling order was based upon my experience with the Court of Appeals. It is also my recollection that I was told in a conversation with a clerk of the bankruptcy court that I would receive a scheduling order, but I am not certain that I was told that. In any case, I was mistaken in my understanding, and I seek the Court's relief for my client and Mr. Salsberg. The requested extension will not unduly prejudice Appellees and will allow the appeal to be considered on the merits.

Respectfully,

Joseph P. Garland

Cc: Matthew Solum, Esq. (by e-mail)
    Steven Salsberg, Esq. (by e-mail)

Copies sent to:

Steven Salsberg
205 W. 88th Street, #2-D
New York, NY 10024

Joseph P. Garland
Law Office of Joseph P. Garland
275 Madison Avenue, Suite 420
New York, NY 10016

Matthew Osborn Solum
Kirkland and Ellis LLP
153 East 53rd Street
New York, NY 10022