```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
IN RE TRICO MARINE SERVICES,             :
                         Debtor,         :
                                         :
-----------------------------------------X
STEVEN SALSBERG, ESQ. and GLORIA         :
SALSBERG,                                :     07 Civ. 8422 (DLC)
             Plaintiffs/Appellants,      :
                                         :     ORDER
             -v-                         :
                                         :
TRICO MARINE SERVICES, INC., TRICO       :
MARINE ASSETS, INC., and TRICO MARINE    :
OPERATORS, INC.,                         :
             Defendants/Appellees.       :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07

DENISE COTE, District Judge:

　　Appellants' brief on appeal was due October 15, 2007. Appellees consented to an extension to November 7. Appellants filed a brief on November 7, but request a stay and/or an opportunity to file an amended brief. It is hereby

　　ORDERED that appellants' requests are denied.

　　IT IS FURTHER ORDERED that appellees' brief is due November 30 and the reply brief is due December 14, 2007.

　　SO ORDERED:

Dated:　　New York, New York
　　　　　November 19, 2007

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　　　　United States District Judge

Copies sent to:

Steven Salsberg
205 W. 88th Street, #2-D
New York, NY 10024

Joseph P. Garland
Law Office of Joseph P. Garland
275 Madison Avenue, Suite 420
New York, NY 10016

Matthew Osborn Solum
Kirkland and Ellis LLP
153 East 53rd Street
New York, NY 10022