**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVEN SALSBERG, ESQ. AND GLORIA SALSBERG,<br><br>                Plaintiffs/Appellants,<br><br>against<br><br>TRICO MARINE SERVICES, INC., TRICO MARINE ASSETS, INC., AND TRICO MARINE OPERATORS, INC.,<br><br>                Defendants/Appellees. | Case No. 07 CV 08422 (DLC)<br><br>**APPEARANCE** |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendants/Appellees.

I certify that I am admitted to practice in this court.

Dated: November 30, 2007

    /s/ Matthew Solum
Matthew Solum (MS 1616)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
msolum@kirkland.com

*Counsel for Defendants/Appellees*