**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVEN SALSBERG, ESQ. AND GLORIA SALSBERG,<br><br>              Plaintiffs/Appellants,<br><br>     against<br><br>TRICO MARINE SERVICES, INC., TRICO MARINE ASSETS, INC., AND TRICO MARINE OPERATORS, INC.,<br><br>              Defendants/Appellees. | Case No. 07 CV 08422 (DLC) |

## FED. R. CIV. P. 7.1(a) DISCLOSURE STATEMENT OF DEFENDANTS/APPELLEES

Pursuant to Fed. R. Civ. P. 7.l(a), Defendants/Appellees Trico Marine Services, Inc., Trico Marine Assets, Inc., and Trico Marine Operators, Inc. (collectively, "Trico"), state the following:

(i) Trico Marine Assets, Inc. is a wholly-owned subsidiary of Trico Marine Services, Inc., a publicly traded company;

(ii) Trico Marine Operators, Inc. is a wholly-owned subsidiary of Trico Marine Services, Inc.; and

(iii) no corporation owns 10% or more of Trico Marine Services, Inc.'s stock.

Trico reserves the right to supplement this statement, if necessary, pursuant to Fed. R. Civ. P. 7.1(b) and this Court's Local Rule 7.1.1.

| | |
|---|---|
| Dated: November 30, 2007 | Respectfully submitted, |
| | /s/ Matthew Solum<br>Matthew Solum (MS 1616)<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, New York  10022-4611<br>Telephone:  (212) 446-4800<br>Facsimile:  (212) 446-4900<br>msolum@kirkland.com |
| | *Counsel for Defendants/Appellees* |