UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN SALSBERG, ESQ. and GLORIA SALSBERG,

               Plaintiffs/Appellants,

against

TRICO MARINE SERVICES, INC., TRICO MARINE ASSETS, INC., and TRICO MARINE OPERATORS, INC.,

               Defendants/Appellees.

Case No. 07 CV 08422 (DLC)

AFFIDAVIT OF SERVICE

---

STATE OF NEW YORK     )
                               ) ss.:
COUNTY OF NEW YORK  )

Bella More being duly sworn, deposes and says:

1.    That I am over eighteen years of age, am employed by Kirkland & Ellis LLP, and am not a party to this action.

2.    That on the 30th day of November, 2007, I served a true and correct copy of the following: Brief of Defendants/Appellees by Federal Express upon:

| | |
|---|---|
| Steven Salsberg<br>416 San Vicente Blvd., #204<br>Santa Monica, CA 90402 | Joseph P. Garland<br>Law Office of Joseph P. Garland<br>275 Madison Avenue, 4th Floor<br>New York, NY 10016 |

by delivering the same in a properly addressed wrapper into the custody of Federal Express for overnight delivery prior to the last time designated by Federal Express for overnight delivery.

                                                              Bella More

Sworn to before me this
3rd day of December, 2007

_____
Notary Public

JOSEPH J. CALI
Notary Public, State of New York
No. 01CA5015323
Qualified in New York County
Commission Expires July 19, 20___