UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
STEVEN SALSBERG, ESQ. and GLORIA                                   :
SALSBERG,                                                          :
                                                                   :          07 Civ. 8422 (DLC)
                            Plaintiffs/Appellants,                 :
                                                                   :
   - against -                                                     :
                                                                   :          NOTICE OF MOTION TO
TRICO MARINE SERVICES, INC., TRICO                                 :          FILE OVERSIZE BRIEF
MARINE ASSETS, INC., TRICO MARINE                                  :
OPERATORS, INC., and TRICO MARINE                                  :
INTERNATIONAL, INC.,                                               :
                                                                   :
                            Defendants/Appellees.                  :
-------------------------------------------------------------------X

**PLEASE TAKE NOTICE THAT** on a date and at a time to be designated by the Court, and upon the Declaration of Joseph P. Garland dated December 14, 2007, and all of the prior papers and proceedings had herein, Plaintiffs will move this Court for an order:

    (i)    Permitting them to file an over-size reply brief in the form attached to the Declaration of Joseph P. Garland

    (ii)    granting such further relief as the Court deems just and appropriate.

Dated:  New York, New York
          December 14, 2007

                                        LAW OFFICE OF JOSEPH P. GARLAND

                                        By:          /s/
                                              Joseph P. Garland (JG 0888)
275 Madison Avenue, Suite 420
New York, New York   10016
(212) 213-1812

Attorneys for Gloria Salsberg

                          STEVEN SALSBERG, Esq., pro se


               By:          /s/
                     Steven Salsberg
            205 W. 88th Street, #2-D
            New York, NY 10024
             (212) 362-1367

To:  KIRKLAND & ELLIS LLP
      153 East 53rd Street
      New York, New York  10022

      Attorneys for Defendants/Appellees