UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                  :

STEVEN SALSBERG, ESQ. and GLORIA       :
SALSBERG,                                      :

                                   :           07 Civ. 8422 (DLC)
                   Plaintiffs/Appellants,     :

                                   :

    - against -                            :

                                   :         <u>DECLARATION</u>

TRICO MARINE SERVICES, INC., TRICO     :
MARINE ASSETS, INC., TRICO MARINE     :
OPERATORS, INC., and TRICO MARINE     :
INTERNATIONAL, INC.,                     :

                                   :

                   Defendants/Appellees.    :
-------------------------------------------------------------------X

JOSEPH P. GARLAND hereby declares under the penalities of perjury:

1. I am a member of the Bar of the State of New York and of this Court and I make this declaration in support of the motion of Plaintiffs/Appellants to file an oversized brief.

2. Under Fed. R. Bankr. P. 8010(c), the reply brief is limited to 25 pages, exclusive of various tables and the like.

3. Despite my concerted efforts, I have been unable to reduce the number of pages below 28. The additional pages are required because in their principal brief, Defendants/Appellants made a number of assertions with respect to Trico's financial condition that Plaintiffs believe are incorrect, but the proof of such incorrectness requires some detailed financial analysis.

4. In addition this case concerns additional issues related to Trico's financial condition and prospects insofar as they related to the issue of whether the testimony of Tre-

vor Turbidy was correct.  Again, Plaintiffs believe it necessary that some detailed statements with respect to these financial issues be set forth.

5. Accordingly, it is requested that Plaintiffs be entitled to file a brief in the form attached to this declaration, which consists of 28 pages, exclusive of the cover and tables.

Dated:  New York, New York
        December 14, 2007

                                        /s/
                                _____
                                Joseph P. Garland (JG 0888)

2