UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
STEVEN SALSBERG, ESQ. and GLORIA                                  :
SALSBERG,                                                         :
                                                                  :   07 Civ. 8422 (DLC)
                              Plaintiffs/Appellants,              :
                                                                  :
   - against -                                                    :
                                                                  :
TRICO MARINE SERVICES, INC., TRICO                                :
MARINE ASSETS, INC., TRICO MARINE                                 :
OPERATORS, INC., and TRICO MARINE                                 :
INTERNATIONAL, INC.,                                              :
                                                                  :
                              Defendants/Appellees.               :
------------------------------------------------------------------X


# MEMORANDUM IN SUPPORT OF MOTION
## TO FILE OVERSIZED BRIEF


| | |
|---|---|
| **STEVEN SALSBERG, Esq., pro se** | **LAW OFFICE OF JOSEPH P. GARLAND** |
| Steven Salsberg | Joseph P. Garland – JG0888 |
| 205 W. 88th Street, #2-D | 275 Madison Avenue, Suite 420 |
| New York, NY 10024 | New York, NY 10016 |
| (212) 362-1367 | (212) 213-1812 |
| | **Attorneys for Gloria Salsberg** |

Plaintiffs/Appellants Steven Salsberg, Esq., and Gloria Salsberg respectfully submit this Memorandum of Law in Support of their motion to file an oversized brief.

## I. ARGUMENT

As set forth in the accompanying Declaration of Joseph P. Garland, Plaintiffs/Appellants seek leave to exceed the page limit imposed by Fed. R. Bankr. P. 8010(c) of 25 for their reply brief. The additional pages are required because in their principal brief, Defendants/Appellants made a number of assertions with respect to Trico's financial condition that Plaintiffs believe are incorrect, but the proof of such incorrectness requires some detailed financial analysis.

In addition, this case concerns additional issues related to Trico's financial condition and prospects insofar as they related to the issue of whether the testimony of Trevor Turbidy was correct. Again, Plaintiffs believe it necessary that some detailed statements with respect to these financial issues be set forth, and the detail of such statements is necessarily complex.

## II. CONCLUSION

For the foregoing reasons it is respectfully requested that Plaintiffs/Appellants be permitted to file an oversize brief in the form attached to the Declaration of Joseph P. Garland dated December 14, 2007.

Dated:  New York, New York
        December 14, 2007

                                STEVEN SALSBERG, *pro se*


                                By: _____/S/_____
                                     Steven Salsberg
                                205 W. 88th Street, #2-D
                                New York, NY 10024
                                (212) 362-1367

2

        LAW OFFICE OF JOSEPH P. GARLAND

        By:       /S/
            Joseph P. Garland — JG0888
        275 Madison Avenue, 11th Floor
        New York, NY  10016
        (212) 213-1812

        Attorneys for Gloria Salsberg