## DECLARATION OF SERVICE

JOSEPH P. GARLAND declares:

1. I am a member of the Bar of the State of New York and of this Court.

2. On December 14, 2007, I served the Notice of Motion to File Oversize Brief, Declaration in support thereof, and Memorandum of Law in Support thereof upon Defendants/Appellants by depositing true copies thereof in a receptacle within the State of New York in the exclusive custody and control of the United States Postal Service, postage paid and addressed to the last known address of Defendants' Counsel:

> KIRKLAND & ELLIS LLP
> 153 East 53rd Street
> New York, New York 10022-4675
> Attn: Matthew Solum

3. The foregoing is affirmed under the penalties of the laws of perjury.

Dated: New York, New York
December 14, 2007

/S/
Joseph P. Garland