DECLARATION OF SERVICE

JOSEPH P. GARLAND declares:

1.    I am a member of the Bar of the State of New York and of this Court.

2.    On December 14, 2007, I served the Plaintiff/Appellants Reply Brief upon

Defendants/Appellants by depositing a true copy thereof in a receptacle within the State of New

York in the exclusive custody and control of the United States Postal Service, postage paid and

addressed to the last known address of Defendants' Counsel:

> KIRKLAND & ELLIS LLP
> 153 East 53rd Street
> New York, New York 10022-4675
> Attn: Matthew Solum

3.    The foregoing is affirmed under the penalties of the laws of perjury.

Dated: New York, New York
        December 14, 2007


                                            _____/S/_____
                                               Joseph P. Garland