**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVEN SALSBERG, ESQ. and GLORIA SALSBERG,<br><br>               Plaintiffs/Appellants,<br><br>against<br><br>TRICO MARINE SERVICES, INC., TRICO MARINE ASSETS, INC., and TRICO MARINE OPERATORS, INC.,<br><br>               Defendants/Appellees. | Case No. 07 Civ. 8422 (DLC)<br><br>ECF CASE |

**OPPOSITION TO PLAINTIFFS/APPELLANTS' MOTION TO
FILE A "CORRECTED" BRIEF AND NON OPPOSITION
TO MOTION TO FILE AN "OVERSIZED" BRIEF**

Matthew Solum (MS 1616)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-6460
msolum@kirkland.com

*Counsel for Defendants/Appellees*

In response to Appellants' December 27, 2007 letter in which they request that the Court accept their untimely "corrected" brief, Defendants/Appellees Trico Marine Services, Inc., Trico Marine Assets, Inc. and Trico Marine Operators, Inc. ("Trico") hereby submit their opposition. Appellants' letter request was submitted over Trico's objection and, despite the letter's representation to the contrary, Trico objects to the submission of a revised brief two weeks after the deadline. Appellants' request is all the more unreasonable given that we already agreed to an extension after Appellants missed the deadline to file their opening brief and, as part of that agreement, Trico agreed to provide Appellants two full weeks for reply. Appellees agreed to those dates and should have met those deadlines.

With respect to Appellants' December 14, 2007 motion to file an "oversized" brief, Trico does not oppose Appellants' motion.

## CONCLUSION

For the above reasons, Defendants respectfully request that Plaintiffs' request to file a "corrected" brief be denied, and Defendants do not oppose the Appellants' December 14, 2007 motion to file an oversized brief.

Dated: New York, New York  
       January 7, 2008

Respectfully submitted,

_____  
Matthew Solum (MS 1616)  
KIRKLAND & ELLIS LLP  
Citigroup Center  
153 East 53rd Street  
New York, New York 10022-4675  
Telephone: (212) 446-4800  
Facsimile: (212) 446-6460  
msolum@kirkland.com

*Counsel for Defendants/Appellees*