UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN SALSBERG, ESQ. and GLORIA SALSBERG,<br><br>     Plaintiffs/Appellants,<br><br>against<br><br>TRICO MARINE SERVICES, INC., TRICO MARINE ASSETS, INC., and TRICO MARINE OPERATORS, INC.,<br><br>     Defendants/Appellees. | Case No. 07 Civ. 8422 (DLC)<br><br>ECF CASE |

### CERTIFICATE OF SERVICE

    I, Matthew Solum, certify under penalty of perjury, that on January 7, 2008, I caused a true and correct copy of the attached Opposition to Plaintiffs/Appellants' Motion to File A "Corrected" Brief and Non Opposition to Motion to File An "Oversized" Brief to be served by United States Mail on:

        Steven C. Salsberg, Esq.
        205 West 88th Street, #2-D
        New York, New York 10024

        _____
        Matthew Solum