```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
IN RE TRICO MARINE SERVICES,             :
                         Debtor,         :
                                         :
                                         :
-----------------------------------------X
STEVEN SALSBERG, ESQ. and GLORIA         :
SALSBERG,                                :    07 Civ. 8422 (DLC)
              Plaintiffs/Appellants,     :
                                         :        ORDER
              -v-                        :
                                         :
TRICO MARINE SERVICES, INC., TRICO       :
MARINE ASSETS, INC., and TRICO MARINE    :
OPERATORS, INC.,                         :
              Defendants/Appellees.      :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08

DENISE COTE, District Judge:

By Motion dated December 14, 2007, plaintiffs/appellants Steven Salsberg and Gloria Salsberg ("appellants") sought leave to file an oversized reply brief, and, by letter dated December 27, to file a corrected reply brief. On January 7, 2008, defendants/appellees opposed appellants' two requests; appellants replied on January 17. It is hereby

ORDERED that appellants may file an oversized and corrected reply brief in this bankruptcy appeal.

SO ORDERED:

Dated:   New York, New York
         January 22, 2008

                           _____
                                  DENISE COTE
                           United States District Judge

Copies sent to:

Steven Salsberg
205 W. 88th Street, #2-D
New York, NY 10024

Joseph P. Garland
Law Office of Joseph P. Garland
275 Madison Avenue, Suite 420
New York, NY 10016

Matthew Osborn Solum
Kirkland and Ellis LLP
153 East 53rd Street
New York, NY 10022