UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE TRICO MARINE SERVICES,
                Debtor.
------------------------------------------------------------X
STEVEN SALSBERG, ESQ. and GLORIA
SALSBERG,

                Plaintiffs/Appellants,        07 **CIVIL** 8422 (DLC)

     -against-                                 **JUDGMENT**

TRICO MARINE SERVICES, INC., TRICO MARINE
ASSETS, INC., and TRICO MARINE OPERATORS, INC.,
                Defendants/Appellees.
------------------------------------------------------------X

       Appellants having appealed from a judgment of the United States Bankruptcy Court for the Southern District of New York (Bernstein, C.J.), and the matter having come before the Honorable Denise Cote, United States District Judge, and the Court, on February 21, 2008, having rendered its Opinion and Order affirming the decision of the bankruptcy court and dismissing the appeal, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 21, 2008, the decision of the bankruptcy court is hereby affirmed and the appeal is dismissed.

Dated:  New York, New York
          February 21, 2008

                                                    **J. MICHAEL McMAHON**
                                                      **Clerk of Court**
                         BY:
                                                      **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____