UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

STEVEN SALSBERG, ESQ. and GLORIA
SALSBERG,

                        Plaintiffs/Appellants,

  - against -

TRICO MARINE SERVICES, INC., TRICO
MARINE ASSETS, INC., and TRICO MARINE
OPERATORS, INC.,

                        Defendants/Appellees.
------------------------------------------------------------X

07 Civ. 8422 (DLC)

**NOTICE OF APPEAL**

      PLEASE TAKE NOTICE that Plaintiffs Steven Salsberg and Gloria Salsberg hereby appeal to the United States Court of Appeals for the Second Circuit from a Judgment entered on February 21, 2008 (Docket No. 24), from an Opinion and Order dated and entered on February 21, 2008 (Docket No. 23), and from an Order dated and entered on November 19, 2007 (Docket No. 7).

      PLEASE TAKE FURTHER NOTICE that Plaintiffs Steven Salsberg and Gloria Salsberg, in the Adversary Proceeding No. 05-02313 (SMB) (jointly administered Case No. 04-17985 (SMB)) of the United States Bankruptcy Court Southern District of New York, hereby appeal to the United States Court of Appeals for the Second Circuit from a Judgment entered on August 24, 2007 (Docket No.95), from Post-Trial Findings of Fact and Conclusions of Law entered on August 23, 2007 (Docket No. 94), from an Opinion and Order granting motion to dismiss entered on January 6, 2006 (Docket No. 15), from an Opinion and Order granting

reargument, adhering to the Court's original decision, and granting in part and denying in part Plaintiff's motion to Supplement the Record entered on May 5, 2006 (Docket No. 32), from an Opinion and Order denying Plaintiffs' Motion for Leave to File a Second Amended Complaint entered on November 22, 2006 (Docket No. 59), and from an Opinion and Order denying Plaintiffs' Motion for Reargument entered on January 16, 2007 (Docket No. 68), all of which were entered by the United States Bankruptcy Court Southern District of New York in the Adversary Proceeding No. 05-02313 (SMB) (jointly administered Case No. 04-17985 (SMB)).

The names of the parties to the judgment and orders and the name, address, and telephone number of their counsel are as follows:

STEVEN SALSBERG, Esq., pro se
Steven Salsberg
205 W. 88th Street, #2-D
New York, NY 10024
(212) 362-1367
Plaintiff/Appellant

Gloria Salsberg
Represented by
LAW OFFICE OF JOSEPH P. GARLAND
Joseph P. Garland – JG0888
275 Madison Avenue, Suite 420
New York, NY 10016
(212) 213-1812
Attorneys for Gloria Salsberg,
Plaintiff/Appellant

Trico Marine Services, Inc.,
Trico Marine Assets, Inc., and
Trico Marine Operators, Inc.
represented by
Matthew Solum (MS 1616)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800

Attorneys for Defendants/Appellees

Dated: New York, New York
       March 24, 2008

                              STEVEN SALSBERG, *pro se*

By: _/s/ Steven Salsberg_____
     Steven Salsberg
205 W. 88th Street, #2-D
New York, NY 10024
(212) 362-1367

LAW OFFICE OF JOSEPH P. GARLAND

By: _/s/ Joseph Garland/ SCS_____
     Joseph P. Garland — JG0888
275 Madison Avenue, 11th Floor
New York, NY 10016
(212) 213-1812

Attorneys for Gloria Salsberg

3